UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WISCONSIN IBEW-NECA RETIREMENT PLAN,
STEVENS POINT AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
and LOYAL D. O'LEARY and DEAN LICHT,
in their capacity as Trustees of the Funds,

    Plaintiffs,

vs.            Case No. 09-C-253

LIND ELECTRIC SERVICE INCORPORATED,

    Defendant.

---

ENTRY OF DEFAULT OF
DEFENDANT LIND ELECTRIC SERVICE INCORPORATED

---

The Clerk of Court for the U.S. District Court for the Western District of

Wisconsin, having noted that the defendant in the above-captioned matter, Lind Electric

Service Incorporated, has failed to plead or otherwise defend as provided under the

Federal Rules of Civil Procedure, and that fact having been made to appear by the

affidavit of the attorney for the plaintiffs;

The Clerk hereby enters the default of defendant Lind Electric Service

Incorporated pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated this 8 day of July , 2009.

              _Peter Oppeneer_
              Clerk of Court

REINHART\2787161