UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN ELECTRICAL EMPLOYEES
HEALTH AND WELFARE PLAN,
WISCONSIN IBEW-NECA RETIREMENT PLAN,
STEVENS POINT AREA ELECTRICAL WORKERS
JOINT APPRENTICESHIP AND TRAINING TRUST FUND,
WISCONSIN ELECTRICAL EMPLOYEES
APPRENTICESHIP COORDINATOR FUND,
and LOYAL D. O'LEARY and DEAN LICHT,
in their capacity as Trustees of the Funds,

        Plaintiffs,

vs.                                                 Case No. <u>09-C-253</u>

LIND ELECTRIC SERVICE INCORPORATED,

        Defendant.

---

ENTRY OF JUDGMENT
ON THE DECISION BY THE COURT

---

This action having come on for hearing before the court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** pursuant to Rule 55 of the Federal Rules of Civil Procedure that:

Judgment should be entered on behalf of the plaintiffs, Wisconsin Electrical Employees Health and Welfare Plan, Wisconsin IBEW-NECA Retirement Plan, Stevens Point Area Electrical Workers Joint Apprenticeship and Training Trust Fund and Wisconsin Electrical Employees Apprenticeship Coordinator Fund and

Dean Licht and Loyal O'Leary, in their capacity as Trustees of The Funds (the "Funds"), and against Lind Electric Service Incorporated for damages, representing delinquent contributions, interest, liquidated damages, attorney fees and costs to date in the sum of $25,938.92 with interest thereon at the rate that is provided by law.

Dated at Madison, Wisconsin this 6th day of August, 2009.

*[signature: Peter Oppeneer]*
BY THE CLERK

Approved as to form this 5th day of August, 2009.

*[signature: Barbara B. Crabb]*
U.S. DISTRICT COURT JUDGE